

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

**OCT 17 2023**

**TAMMY H. DOWNS, CLERK**

By: _____ DEP CLERK

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of ARKANSAS
Central Division

HARVEY WILLIAM HUGUNIN

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

DUKE ENERGY, INC.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 4:23-cv-986-KGB
*(to be filled in by the Clerk's Office)*

Jury Trial: (check one)  ☒ Yes  ☐ No

This case assigned to District Judge **Baker**
and to Magistrate Judge **Ervin**

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | HARVEY WILLIAM HUGUNIN |
| Street Address | P.O. BOX 3046 |
| City and County | LITTLE ROCK, PULASKI |
| State and Zip Code | ARKANSAS 72203 |
| Telephone Number | NONE |
| E-mail Address | NONE |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

- Name: DUKE ENERGY, INC.
- Job or Title (if known):
- Street Address: 685 WEST FIRETOWER ROAD
- City and County: WINTERVILLE
- State and Zip Code: NORTH CAROLINE 28590
- Telephone Number: UNKNOWN
- E-mail Address (if known): UNKNOWN

**Defendant No. 2**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 3**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Case 4:23-cv-00986-KGB Document 2 Filed 10/17/23 Page 3 of 11

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. FOURTEENTH AMENDMENT

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE AMOUNT OF FIFTY DOLLARS ($50.00) SECURITY DEPOSIT REMAINS WITH THE DEFENDANT, DUKE ENERGY INC., SINCE DECEMBER 26, 2016.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SINCE DECEMBER 26, 2016, THE DEFENDANT DUKE ~~ENER~~ H.W.H. ENERGY, INC. HAS HELD $ ~~a~~ H.W.H. FIFTY DOLLARS ($50.00) OF MY MONEY WITHOUT PAYING ME INTEREST EARNED.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A TRIAL BY JURY VERDICT.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: SUNDAY OCTOBER 15, 2023

Signature of Plaintiff: *Harvey William Hugunin*

Printed Name of Plaintiff: HARVEY WILLIAM HUGUNIN

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

THURSDAY AUGUST 31, 2023

CLERK TAMMY H. DOWNS                                HARVEY WILLIAM HUGUNIN
U.S. DISTRICT COURT                                 P.O. BOX 3046
600 W. CAPITOL AVENUE                               LITTLE ROCK, ARKANSAS
SUITE A-149                                         72203
LITTLE ROCK, AR. 72201

                                      CASE NO. 4:23-CV-772-KGB

TO WHO IT MAY CONCERN:

IN THIS CASE NO. 4:23-CV-772-KGB I CLAIM TWO MILLION DOLLARS. I WROTE A LETTER TO DUKE ENERGY, INC. ON AUGUST 14, 2023 TO ASK OF THE CURRENT BALANCE THAT I MAY OWE THE DEFENDANT. THE DEFENDANT, DUKE ENERGY, INC. HAS NOT RESPONDED TO MY WRITTEN REQUEST IN A LETTER I WROTE DATED AUGUST 14, 2023. AS A RESULT OF DUKE ENERGY INC. REPORTING TO CREDIT REPORTING AGENCIES A DEBT THAT I OWE THE DEFENDANT I HAVE BEEN DENIED A FURTHER APPLICATION FOR A MORTGAGE AT BANK OF AMERICA.

HAS DUKE ENERGY, INC. INVOICED ANY NEW TENANT UNLAWFULLY LEASING 1035 ARLINGTON AVENUE NORTH, APARTMENT NO. 411, SAINT PETERSBURG, FLORIDA 33705?

SINCERELY,

*Harvey William Hugunin*

HARVEY WILLIAM HUGUNIN

CC: MAGISTRATE JUDGE ERVIN, DISTRICT JUDGE BAKER, CLERK DOWNS

MONDAY AUGUST 14, 2023

DUKE ENERGY, INC.
685 WEST FIRETOWER ROAD
WINTERVILLE, NORTH CAROLINA   28590

HARVEY WILLIAM HUGUNIN          ENC.: LETTERS DATED,
P.O. BOX 3046                   WEDNESDAY OCTOBER 2, 2019,
LITTLE ROCK, ARKANSAS 72203     WEDNESDAY AUGUST 9, 2023

TO WHO IT MAY CONCERN:

PLEASE ADVISE ME OF THE CURRENT BALANCE I MAY OWE AT THIS TIME AS SOON AS POSSIBLE BY RETURN MAIL. I DO NOT OWN A TELEPONE TO CALL DUKE ENERGY, INC., AT 252-757-2101.

HAS DUKE ENERGY, INC. INVOICED ANY NEW TENANT UNLAWFULLY LEASING 1035 ARLINGTON AVENUE NORTH, APARTMENT NO. 411, SAINT PETERSBURG, FLORIDA 33705?

SINCERELY,

*[signature: Harvey William Hugunin]*

HARVEY WILLIAM HUGUNIN
   H.W.H.
CC: HOPE WRIGHT, BANK OF AMERICA, 2421 McCAIN BLVD.,
     NORTH LITTLE ROCK, AR. 72116

WEDNESDAY OCTOBER 2, 2019

DUKE ENERGY
P.O. BOX 1489
WINTERVILLE, N.C. 28590

HARVEY WILLIAM HUGUNIN
~~GENERAL DELIVERY~~ H.W.H.
~~BOISE, IDAHO 83707~~

~~FAX # 1-208-336-2537~~
H.W.H.

TO WHOM IT MAY CONCERN:



IF AND WHEN DUKE ENERGY WANTS TO SETTLE THE UNLAWFUL CLOSING OF MY ELECTRIC UTILITY ACCOUNT AT ARLINGTON ARBOR APARTMENTS, NOTE MY NEW MAILING ADDRESS AND FAX NUMBER.   H.W.H.

SINCERELY,
HARVEY WILLIAM HUGUNIN





H.W.H.
I HAVE FILED FEDERAL COURT CASE NUMBERS: 1:19-CV-00468-DCN
AND 1:20-CV-00013-MATTICE/LEE NAMING DUKE ENERGY, INC.
DEFENDANT.

FROM: HARVEY WILLIAM HUGUNIN
P.O. BOX 3046
LITTLE ROCK, AR. 72203

WEDNESDAY AUGUST 9, 2023

CC: U.S. DISTRICT COURT CLERK OF EASTERN ARKANSAS
PULASKI COUNTY, ARKANSAS COURT CLERK
DUKE ENERGY SUPPLIES ELECTRIC TO ARLINGTON ARBOR

CC: PULASKI COUNTY SHERIFF
- DUKE ENERGY, INC. PHONE: 252-757-2101
- BANK OF AMERICA, WILMINGTON, DE.
- BANK OF AMERICA, NORTH LITTLE ROCK, AR.
- TREASURER OF THE UNITED STATES

TO WHO IT MAY CONCERN:

THE ENCLOSED LEASE AGREEMENT MAY BE CARBON DATED BACK TO 7/10/2023 AND IS OF POOR QUALITY. I HAVE SUED DUKE ENERGY, INC. RECORDED IN CASE NUMBERS: 1:19-CV-00468-DCN AND 1:20-CV-00013-MATTICE/LEE, NAMING DUKE ENERGY, INC. DEFENDANT IN THAT A DUKE ENERGY TRUCK DROVE IN FRONT OF ARLINGTON ARBOR WHILE I WAS UNLAWFULLY IMPRISONED BY PINELLAS COUNTY FLORIDA SHERRIFF DEPUTIES INCLUDING A NEGRO DEPUTY NAMED "SUTHERLAND," IN A GRAY STATION WAGON STYLE VEHICLE. NOT ANY WARRANT HAS EVER ISSUED NAMING MYSELF THE PROBABLE CAUSE OF ANY CRIME. H.U.D. MANAGER DARYL HILL WAS MANAGER OF ARLINGTON ARBOR APARTMENTS WHEN I WAS ABDUCTED OUT OF APT. 411. DARYL HILL IS GUILTY OF MALFEASANCE AND MISAPPROPRIATION OF RENT FUNDS. 4 H.U.D. EMPLOYEES AND MYSELF IN THE LOBBY OF ARLINGTON ARBOR HEARD DARYL HILL SAY "MR. HUGUNIN DO YOU WANT YOUR RENT CHECK BACK"? I STATED " NO MY RENT IS PAID," AND RETURNED TO MY APARTMENT. IN THAT I WAS BRUTALLY ABDUCTED OUT OF APT. 411, IT IS MY CONCLUSION THAT AFTER BEING UNLAWFULLY IMPRISONED IN PINELLAS COUNTY, FLORIDA JAIL FOR 81 DAYS, HAVING COMMITED NO CRIME AND NO WARRANT ISSUED NAMING ME AS THE PROBABLE CAUSE OF ANY CRIME THAT TO THIS DAY APARTMENT 411, 1035 ARLINGTON AVE. NORTH, SAINT PETERSBURG, FL 33705, COULD NOT AND CANNOT BE LAWFULLY LEASED TO TO ANY TENANT OTHER THAN MYSELF. A PRESENT OR PAST NEGRO FEMALE COORDINATOR OF ARLINGTON ARBOR IS A WITNESS THAT H.U.D. MANAGER DARYL HILL NEVER OFFERED ME A NEW LEASE ON APARTMENT 411 WHEN IT WAS DUE ME. INTIMIDATION OF FEMALE FEDERAL EMPLOYEES UNDER HIS COMMAND AT ARLINGTON ARBOR APARTMENTS IS DARYL HILLS MODE OF OPERATION AND THE MAINTENANCE MANAGER AT THAT TIME IS A WITNESS DARYL HILL CAME RUNNING AT ME WITHOUT WARNING. FOR 81 DAYS IN JAIL IT WAS NOT POSSIBLE FOR ME TO PAY RENT OR UTILITIES. *Harvey William Hugunin*

TUESDAY SEPTEMBER 19, 2023

UNITED STATES DISTRICT COURT
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

HARVEY WILLIAM HUGUNIN
P.O. BOX 3046
LITTLE ROCK, ARKANSAS
72203

TO WHO IT MAY CONCERN:

WHAT IS THE PROCEDURE FOR SETTLING ARBITRATION CASES BEFORE GOING TO A TRIAL BY JURY IN ANY CASE WHEN ARBITRATION FAILS? IN THE FUTURE I WILL FILE TRIAL BY JURY SUITS AT COMMON LAW IN ANY CASE I HAVE PREVIOUSLY FILED, THAT FAILS IN ARBITRATION. IN THE TWO CASES I FILED AS ORIGINAL PROCEEDINGS ON MONDAY SEPTEMBER 18, 2023; IF THE DEFENDANTS IN EITHER CASE HAVE NOT SETTLED IN AND THROUGH ARBITRATION WITH THE PLAINTIFF BY WEDNESDAY OCTOBER 18, 2023, I AM PREPARED TO REFILE FOR A TRIAL BY JURY CONTINUANCE, ALLOWING DEFENDENTS APPROXIMATELY THIRTY DAYS TO SETTLE THROUGH ARBITRATION. I PLAN TO FOLLOW THE SAME PROCEDURE IN ANY CASE I FILE FOR ARBITRATION IN U.S. DISTRICT COURTS IN THE FUTURE, AS IS MY CONTINUING RIGHT TO SETTLE BY ARBITRATION OR A TRIAL BY JURY VERDICT RENDERED. IT IS MY DESIRE THAT BOTH CASES (4:23-CV-00776-BRW AND 4:23-CV-00772-KGB) BE SETTLED THROUGH ARBITRATION BEFORE OCTOBER 18, 2023, AS I REMAIN A PAUPER AND OPEN TRIALS BY JURIES ARE VERY COSTLY TO U.S. TAXPAYERS.

IN TRUST,

*Harvey William Hugunin*

CC: CLERK TAMMY H. DOWNS; DISTRICT JUDGE WILSON, MAGISTRATE JUDGE RAY
DISTRICT JUDGE BAKER, MAGISTRATE JUDGE ERVIN

*Handwritten annotations at top:* KLODUCHAR- BIRTH CERT. COPY / LTR. TO CHATT. CLERK ASSERT 7th AMEND. / COVER LTR. IN FECE 2AANSU

*Handwritten left margin:* H. W. H.

# UNITED STATES POSTAL SERVICE.

```
        MAIN OFFICE LITTLE ROCK
            600 E CAPITOL AVE
         LITTLE ROCK, AR 72202-9902
              (800)275-8777
06/22/2023                         07:06 AM
----------------------------------------------
Product              Qty    Unit      Price
                            Price
----------------------------------------------
First-Class Mail®     1               $0.63
  Letter
    Washington, DC 20510
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
      Mon 06/26/2023
```

*Handwritten:* AMY KLODUCHAR

```
First-Class Mail®     1               $0.63
  Letter
    Little Rock, AR 72201
    Weight: 0 lb 0.50 oz
    Estimated Delivery Date
      Sat 06/24/2023
```

*Handwritten:* FEDERAL COVER CLERK

```
First-Class Mail®     1               $0.63
  Letter
    Chattanooga, TN 37402
    Weight: 0 lb 0.50 oz
    Estimated Delivery Date
      Mon 06/26/2023
```

*Handwritten:* FED COVER CLERK   H.W.H.

```
----------------------------------------------
Grand Total:                          $1.89
----------------------------------------------
Cash                                  $2.00
Change                               -$0.11
----------------------------------------------
```

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 045145-0013
Receipt #: 840-57200261-1-4055430-2
Clerk: 16